UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00267

**Ashley Reshe Cook,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff Ashley Reshe Cook filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's decision to end her supplemental security income benefits. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3. On May 18, 2021, the commissioner filed an unopposed motion to reverse and remand for further administrative proceedings. Doc. 15. The magistrate judge issued a report recommending that the motion be granted. Doc. 16.

Plaintiff did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the motion to reverse with remand. The court reverses the commissioner's final administrative decision and remands the matter to the commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

*So ordered by the court on June 4, 2021.*

J. CAMPBELL BARKER

_____
United States District Judge