UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00267

**Ashley Reshe Cook,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff Ashley Reshe Cook initiated this action seeking judicial review of the commissioner's decision to deny social security benefits. Following a remand to the commissioner for further proceedings, plaintiff filed a motion for EAJA attorney's fees. Doc. 19. The motion was referred to United States Magistrate Judge K. Nicole Mitchell.

The magistrate judge issued a report recommending that the motion for fees be denied. Doc. 22. No party objected to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court denies the motion for attorney's fees.

*So ordered by the court on December 27, 2021.*

J. CAMPBELL BARKER
United States District Judge